DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICOLE ANDREA BRITTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    v.      )<br>            )<br>NICOLE ANDREA BRITTON, )<br>            )<br>        Defendant. )<br>            )<br>_____ ) | CR.S. 04-46-GGH<br><br>STIPULATION AND ORDER<br><br>Date:  November 13, 2006<br>Time:  9:00 a.m.<br>Judge: Gregory G. Hollows |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, NICOLE ANDREA BRITTON, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the dispositional hearing set for October 23, 2006 be continued to November 13, 2006 at 9:00 a.m.

    Counsel for defendant has been ill and will be out of the office during the week of this hearing.  United States Probation Officer,

/ / /

/ / /

/ / /

/ / /

George Vidales is also out of town during the week of the hearing but will be available on November 13, 2006.

Dated: October 19, 2006

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Tara I. Allen
                                          _____
                                          TARA I. ALLEN
                                          Staff Attorney
                                          Attorney for Defendant
                                          NICOLE ANDREA BRITTON

Dated:  October 20, 2006          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

### O R D E R

    IT IS SO ORDERED that the dispositional hearing is now set for November 13, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 10/25/06                          /s/ Gregory G. Hollows
                                          _____
                                          Gregory G. Hollows
                                          United States Magistrate Court

britton.ord